UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2417 |
| | ) | |
| LISA MADIGAN, *et al.*; | ) | Honorable James B. Zagel |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   All Parties of Record

PLEASE TAKE NOTICE that on May 8, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants will appear before U.S. District Court Judge James B. Zagel, in Room 2503 of U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendants' Unopposed Motion for Extension of Time**, a copy of which has been served upon you.

Respectfully submitted,

May 2, 2008

LISA MADIGAN
Attorney General of Illinois

/s/ Ronald A. Rascia
RONALD A. RASCIA
KATHLEEN FORD
ALLAN ABINOJA
MARK W. BINA
Assistant Attorneys General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

1

**CERTIFICATE OF SERVICE**

The above-signed hereby certifies that a copy of this Notice of Motion and the Unopposed Motion for Extension of Time was served on May 2, 2008 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing to all counsel of record.

                                                /s/ Ronald A. Rascia