UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 CV 8247 ) |
| LISA MADIGAN, *et al.*; | ) Judge Zagel ) |
| Defendants. | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that the address for ALLAN V. ABINOJA, attorney for Defendants in the above-captioned case, should be changed to read as follows:

**Allan Victor Abinoja**
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Phone: (312) 814-5312
Fax: (312) 814-4425

Respectfully submitted,

May 2, 2008

LISA MADIGAN
Attorney General of Illinois

/s/ Allan V. Abinoja
Allan V. Abinoja (#6274442)
Assistant Attorney General
100 West Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-5312

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Notice of Change of Address was served this 2d day of May, 2008 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing.

                                                    /s/ Allan V. Abinoja