**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Victor Brooks                    Case Number:   08 C 2417

                                                  Judge James B. Zagel

-v-

Lisa Madigan, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Norman M. Sula

| | |
|---|---|
| NAME (Type or print) <br> MARK W. BINA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/MARK W. BINA | |
| FIRM <br> Office of the Illinois Attorney General | |
| STREET ADDRESS <br> 100 W. Randolph Street, 13th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288024 | TELEPHONE NUMBER <br> (312) 814-4417 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |