**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Brooks v. Madigan, et al.                 Case Number:    08-cv-02417

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Victor Brooks, Plaintiff.

| | |
|---|---|
| NAME (Type or print) <br> ARVIN BODDIE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/ | |
| FIRM <br> A. BODDIE, Attorney at Law | |
| STREET ADDRESS <br> P.O. Box 288910 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60628-8910 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6189448 | TELEPHONE NUMBER <br> (773) 928-9551 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?            YES | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |