UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2417 |
| | ) | |
| LISA MADIGAN, *et al.*; | ) | Honorable James B. Zagel |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To: **All Parties of Record**

PLEASE TAKE NOTICE that on June 5, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard, counsel for Defendants will appear before U.S. District Court Judge James B. Zagel, in Room 2503 of U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendants' Rule 12(b)(1) and (6) Motion to Dismiss and Motion for Leave to File Oversized Brief *Instanter***, a copy of which has been served upon you.

Respectfully submitted,

/s/ Mark Bina

LISA MADIGAN
Attorney General of Illinois

RONALD A. RASCIA
KATHLEEN FORD
ALLAN ABINOJA
MARK W. BINA
Assistant Attorneys General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on June 2, 2008, he caused to be filed through the Court's CM/ECF system a copy of the aforementioned document. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

/s/ Mark Bina