UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Victor Brooks
                    Plaintiff,

v.                                      Case No.: 1:08−cv−02417
                                                 Honorable James B. Zagel

Mark Ross, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/5/2008. MOTION by Defendants Jorge L. Montes, Norman M. Sula, Kenneth D. Tupy, Lisa Madigan, Joseph Ponsetto, Edward C. Carter, III for leave to file brief in excess of fifteen pages [20] is granted. MOTION by Defendants Jorge L. Montes, Norman M. Sula, Kenneth D. Tupy, Lisa Madigan, Joseph Ponsetto, Edward C. Carter, III to dismiss [19] is granted in part and denied in part. Lisa Madigan terminated. Amended complaint to be filed on or by 7/17/2008.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.