```
                  UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

VICTOR BROOKS,                      )
                                    )
                Plaintiff,          )
                                    )
     vs.                            )     No. 08 cv 2417
                                    )
MARK ROSS, et al.,                  )
                                    )
                Defendants.         )
```

# NOTICE OF FILING

**TO:**  Mr. Allan Abinoja, Esq., Assistant Attorney General
Illinois Attorney General, 100 W. Randolph St., 13th Floor
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that pursuant to Rule XI of the General Order on electronic case filing, I have caused to be filed with the Clerk of the above Court Plaintiff's **FIRST AMENDED COMPLAINT AT LAW** by electronic filing.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Notice to Produce was served on July 11, 2008, by electronic filing pursuant to Rule XI of the General Order on electronic case filing.

                                        Respectfully submitted,


                                   BY: /s/ Arvin Boddie
                                        A. BODDIE, Attorney at Law,
                                        Attorney for Plaintiff
                                        **VICTOR BROOKS**


ID No. 6189448
A. BODDIE, Attorney at Law
P.O. Box 288910
Chicago, Illinois 60628-8910
(773) 928-9551
(773) 928-9513 [fax]
aboddieattyatlaw@sbcglobal.net