IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICTOR BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2417 |
| | ) | |
| LISA MADIGAN, *et al.*; | ) | Honorable James B. Zagel |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   **All Parties of Record**

PLEASE TAKE NOTICE that on **July 17, 2008** at **10:15 a.m.** or as soon thereafter as counsel may be heard, counsel for Defendants will appear before the Honorable Judge James B. Zagel, in Room 2503 of U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn, Chicago, Illinois 60604 and shall then and there present **Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which has been served upon you.

                                                                            Respectfully submitted,

                                                                            /s/ Mark Bina
LISA MADIGAN                                        RONALD A. RASCIA
Attorney General of Illinois                          KATHLEEN FORD
                                                                            ALLAN ABINOJA
                                                                            MARK W. BINA
                                                                            Assistant Attorneys General
                                                                            100 West Randolph Street
                                                                            Chicago, Illinois 60601
                                                                            (312) 814-3000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on July 11, 2008, he caused to be filed through the Court's CM/ECF system a copy of the aforementioned document. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                                            /s/ Mark Bina