UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Victor Brooks
       Plaintiff,

v.              Case No.: 1:08–cv–02417
              Honorable James B. Zagel

Mark Ross, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion for leave to file memorandum in excess of 15 pages instanter [30] is granted. MOTION by Defendants Jorge L. Montes, Norman M. Sula, Kenneth D. Tupy, Mark Ross, Joseph Ponsetto, Edward C. Carter, III to dismiss first amended complaint [29] response due 9/23/2008. Reply due by 10/14/2008.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.